# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**159**

**CAF 09-01920**

PRESENT: SMITH, J.P., CARNI, SCONIERS, GREEN, AND GORSKI, JJ.

---

IN THE MATTER OF ROBERT E. JONES,
PETITIONER-APPELLANT,

V                                                          ORDER

THERESA M. LAIRD, RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

SHIRLEY A. GORMAN, BROCKPORT, FOR PETITIONER-APPELLANT.

DAVISON LAW OFFICE PLLC, CANANDAIGUA (MARY P. DAVISON OF COUNSEL), FOR RESPONDENT-RESPONDENT.

ROBERT L. GOSPER, ATTORNEY FOR THE CHILDREN, CANANDAIGUA, FOR ZACHARY J., ZADA J. AND AURORA J.

-------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Ontario County (William F. Kocher, J.), entered September 1, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, dismissed the petitions with prejudice.

It is hereby ORDERED that said appeal is unanimously dismissed without costs as moot (*see Matter of Kelly F. v Gregory A.F.*, 34 AD3d 1277).

Entered:  February 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court